| | |
|---|---|
| SEYFARTH SHAW LLP<br>Carolyn A. Knox (SBN 181317)<br>Krista L. Mitzel (SBN 221002)<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendants<br>LIFE INSURANCE COMPANY OF NORTH AMERICA and CONNECTICUT GENERAL CORPORATION<br><br>DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA<br>Roger M. Schrimp, (SBN 039379)<br>Stephen V. Imburg (178637)<br>Betty L. Julian (SBN 222215)<br>1601 I Street, Fifth Floor<br>Modesto, California  95354<br>Telephone: (209) 526-3500<br>Facsimile: (209) 526-3534<br><br>Attorneys for Plaintiff<br>MAILE C. STEWART | CRESSWELL, ECHEGUREN, RODGERS & NOBLE<br>G. Dennis Rodgers (SBN 111990)<br>Elsa S. Baldwin (SBN 153907)<br>270 Grand Avenue at Lenox<br>P.O. Box 10266<br>Oakland, California  94610<br>Telephone: (510) 444-2735<br>Facsimile: (510) 444-6923<br><br>Attorneys for Defendants<br>WRIGHT & COMPANY and SPECIAL AGENTS' TRUST FOR INSURANCE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAILE C. STEWART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA CORPORATION, CONNECTICUT GENERAL CORPORATION, WRIGHT & SMITH, SPECIAL AGENTS' TRUST FOR INSURANCE, SPECIAL AGENTS' MUTUAL BENEFIT ASSOCIATION, and Does 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. CIV F 1: cv 02-6212 OWW LJO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER** |

　　Plaintiff Maile C. Stewart and defendants Life Insurance Company of North America, Wright & Company and Special Agents Trust for Insurance have reached a resolution of this

STIPULATION OF DISMISSAL & [PROPOSED] ORDER/Case No. CIV F 1: cv 02-6212 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com

1  matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to
2  Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.
3  The parties seek the Court's approval of dismissal of this action with prejudice through
4  the order listed *infra*.

5  DATED: August ___, 2005    DAMRELL, NELSON, SCHRIMP,
                               PALLIOS, PACHER & SILVA

7                              By _____
                                  Roger M. Schrimp
8                                 Stephen N. Imburg
                                  Betty L. Julian

9                              Attorneys for Plaintiff
10                             MAILE C. STEWART

11 DATED: Sept. 2 August ___, 2005    SEYFARTH SHAW LLP
12

13                             By _____
                                  Carolyn A. Knox
14                                Krista L. Mitzel

15                             Attorneys for Defendants
                               LIFE INSURANCE COMPANY OF
16                             NORTH AMERICA

17 DATED: August 31, 2005      CRESSWELL, ECHEGUREN, RODGERS
                               & NOBLE
18

19                             By _____
                                  G. Dennis Rodgers
20                                Elsa S. Baldwin

21                             Attorneys for Defendants
                               WRIGHT & COMPANY and SPECIAL
22                             AGENTS' TRUST FOR INSURANCE

23 **IT IS SO ORDERED.**

24 DATED: ___September 14____, 2005    By    /s/ OLIVER W. WANGER
                                              Honorable Oliver W. Wanger
25                                            United States District Judge

26

27

28

-2-
STIPULATION OF DISMISSAL & [PROPOSED] ORDER/Case No. CIV F 1: cv 02-6212 OWW LJO
SF1 28217187.2 / 25399-000051

PDF created with pdfFactory trial version www.pdffactory.com